Núm. 5645.—Pueblo, apldo. *v.* Cardona (*a*) Don Pepito, aplte. —C. D. San Juan. ▮▮▮▮▮▮▮▮ Junio 26, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, el apelante solicita la reconsideración de la sentencia en este caso principalmente porque entiende que los celadores de terrenos privados del Pueblo de Puerto Rico tienen derecho, por virtud de ley y de nuestra jurisprudencia, a portar un arma en dichos terrenos sin necesidad de licencia;

Por cuanto, el apelante también interpretó nuestra opinión en el sentido de que estábamos bajo la creencia de que los terrenos envueltos habían dejado de ser de la pertenencia del Pueblo de Puerto Rico;

Por cuanto, nuestro criterio fué y sigue siendo que los terrenos en este caso dejaron de tener carácter privado aunque siguieron siendo del Pueblo de Puerto Rico en un carácter público; y

Por cuanto, ni la ley ni la jurisprudencia autorizan a nadie, sin licencia, a portar un arma en terrenos públicos excepto bajo las circunstancias expresadas en los casos citados en nuestra opinión, las cuales no existieron en este caso;

Por tanto, no ha lugar a la reconsideración solicitada.

Los Jueces Asociados Sres. Córdova Dávila y Travieso no intervinieron.

Núms.: 5877, 6111, 6231 y 6915.

Núm. 6198.—Pueblo, apldo. *v.* Serrano, aplte.—C. D. Bayamón. ▮▮▮▮▮▮▮▮ Julio 20, 1926.

No alegándose ningún motivo especial, ni refiriéndose la moción del peticionario a los méritos que pueda tener su apelación, la corte desestima la petición de nuevo término y declara con lugar la moción del fiscal, desestimando en su consecuencia el recurso por abandono.

Núm. 6175.—Pueblo, apldo. *v.* Rodríguez, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮▮ Enero 29, 1937.

Vista la moción que antecede, con la asistencia de ambas partes, y atendida la doctrina establecida en el caso de *El Pueblo* v. *Díaz,* 18 D.P.R. 810, no ha lugar a la desestimación solicitada.

Los Jueces Asociados señores Wolf y Córdova Dávila no intervinieron.